Tiffany BELLAMY, Petitioner

v.

WORKERS' COMPENSATION APPEAL BOARD (HOSPITAL OF THE UNIVERSITY OF PENNSYLVANIA), Respondent

No. 350 EAL 2016

Supreme Court of Pennsylvania.

January 10, 2017

## ORDER

PER CURIAM

**AND NOW**, this 10th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Daood QUODOS, Petitioner

No. 379 EAL 2016

Supreme Court of Pennsylvania.

January 10, 2017

## ORDER

PER CURIAM

**AND NOW**, this 10th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Buckley Lawrence THOMPSON, Petitioner

No. 359 WAL 2016

Supreme Court of Pennsylvania.

January 12, 2017

## ORDER

PER CURIAM

**AND NOW**, this 12th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.